Hon. Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON ROUECHE,<br><br>Defendant. | NO. CR07-344 RSL<br><br>ORDER GRANTING MOTION TO STRIKE DECLARATION OF DANIEL LeCLERC<br><br>(PROPOSED) |

THIS MATTER comes before the Court on Defendant Clay Roueche's Motion to Strike Declaration of Daniel LeClerc Or For Alternative Relief. Having considered the entirety of the record and files herein,

IT IS HEREBY ORDERED that the Declaration of Denial LeClerc is STRICKEN.

_____

_____

DATED this _____ day of December, 2009.

_____
Hon. Robert S. Lasnik
United States District Court Judge

ORDER GRANTING MOTION
TO STRIKE DECLARATION (PROPOSED) - 1
NO. CR07-344RSL

Allen, Hansen & Maybrown, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681