THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>HENRY TRAN,<br><br>             Defendant. | Cause No. CR07-344 RSL<br><br>DEFENDANT'S MOTION FOR RETURN OF PASSPORT |

    COMES NOW the defendant, Henry Tran, by and through his attorney, Jessica Riley, and moves this Court to order that the defendant's passport be returned to him.

    On May 15, 2009, the defendant was sentenced by this Court and a Judgment executed shortly thereafter. As part of the defendant's conditions of release and bond while the case was pending, he was required to surrender his United States passport to the United States District Court Clerk. In light of the fact that the Judgment has been executed and the defendant is no longer subject to the conditions of the bond, the defense hereby requests that this Court order the United States District Court Clerk to return the defendant's passport to him.

    The government has no objection to this motion.

//

//

DEFENDANT'S MOTION FOR RETURN OF
PASSPORT - 1

JESSICA RILEY, ATTORNEY AT LAW
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104
TEL: (206) 892-2201
FAX: (206) 464-0461

1   DATED this 4th day of December, 2009.

> Jessica Riley, Attorney at Law
> s/ Jessica Riley
> WSBA # 32705
> Attorney for Henry Tran
> 800 5th Avenue, Suite 4000
> Seattle, Washington 98104
> phone: 206-892-2201
> fax: 206-464-0461
> email:jessica@jrileylaw.com

DEFENDANT'S MOTION FOR RETURN OF PASSPORT - 2

JESSICA RILEY, ATTORNEY AT LAW
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104
TEL: (206) 892-2201
FAX: (206) 464-0461

1

## CERTIFICATE OF SERVICE

2   I HEREBY CERTIFY that on the 4th day of December, 2009, I electronically filed

3  Defendant's Motion for Return of Passport with the clerk of the court using the CM/ECF

4  system which will send notification of such filing to the attorneys of record for the

5  defendants. I hereby certify that I have served any other parties of record that are non

6  CM/ECF participants via Tele-fax/US postal mail.

7   Dated this 4th day of December, 2009.

8

9
    s/ Jessica Riley
    Jessica Riley, WSBA No. 32705
    Attorney at Law
10
    800 Fifth Avenue, Suite 4000
    Seattle, Washington 98104
11
    phone: 206-892-2201
    fax: 206-464-0461
12
    email: jessica@jrileylaw.com

13

14

15

16

17

18

19

20

21

22

23

24

DEFENDANT'S MOTION FOR RETURN OF
PASSPORT - 3

JESSICA RILEY, ATTORNEY AT LAW
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104
TEL: (206) 892-2201
FAX: (206) 464-0461