1    THE HONORABLE ROBERT S. LASNIK

2

3

4

5        IN THE UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
6                   AT SEATTLE

7    UNITED STATES OF AMERICA,

                    Plaintiff,            Cause No. CR07-344 RSL
8
                                          *(PROPOSED)* ORDER DIRECTING
9           v.                            CLERK'S OFFICE TO RETURN
                                          DEFENDANT'S PASSPORT
     HENRY TRAN,
10
                    Defendant.
11

12        THIS MATTER having come before the Court upon the motion of the defendant,

13   Henry Tran for the return of his passport, and the Court having considered the fact that

14   the Judgment in this case has been executed and the defendant is no longer subject to the

15   pre-trial conditions of release set forth in the bond,

16        NOW THEREFORE, the United States District Court Clerk for the Western

17   District of Washington is hereby ordered to return the defendant's passport to him.

18        DATED this _____ day of December, 2009.

19

20   _____
     THE HONORABLE ROBERT S. LASNIK
21

22

23

24