# APPENDIX A

October 24, 2009

To whom it may concern

Re: Clay Roueche

I am writing this letter to the court as my testimony of Clay Roueche's character. I have known Clay for almost 3 years as his fiancée. While we have most recently dissolved our relationship, we remain close friends and I am actively involved in his family and his children's lives.

My relationship with Clay is characterized as happy, safe and consistent. He is a loving man and a supportive individual and always encouraged me to continue on with my studies and pursue my career with great vigor. I attribute many of my personal success to his love and care. I have always, from the moment I met him, entrusted upon him with my own personal well being and I never observed or experience anything that would make believe that I was in harm's way.

During our relationship, Clay was in a transition period following his divorce with his ex wife, Ith Chanthapathet, and needed to learn very quickly, how to be a single father. Clay and I were very close and spent very little time apart. On the weekends we would have the children and I have never observed him to put them in any harm. It was commonly understood by family and friends that the children were in a far more stable environment with Clay than they were with their mother.

I was very aware of Clay's situation with Ith. I have seen and experienced, first hand, how psychologically and emotional unstable she is. Ith has been in and out of psychological institutions, is physically abusive to their children and presents an extreme risk of danger to herself and others. On many occasions, social workers, doctors, and the police have intervened due to her actions and behaviours.

Without Clay in the children's lives, they have been living in acute turmoil. During the first year of Clay's absence, their mother's mental state took a turn for the worse. The elementary school that the children attended called Social Services because the children were clearly suffering from physical and mental abuse, as well as neglect. The eldest daughter, Claudia, is now under the care of her biological father because the police had to intervene because of the extreme physical abuse. Social services apprehended the Chanel and Chaylin and placed them in the care of her eldest brother. She had purposely slammed her car into a pole and it was suspected that her intent was to kill herself and Chanel and Chaylin, who were passengers. She had begun to be violent with the children during her visits and had physically assaulted me once when I had a one-year-old child in my arms. The amount of emotional damage that the children have seen since their father's absence has been well documented by the Ministry of Family and Children, Social Services of British Columbia. All these events had taken place after Clay had been imprisoned. Currently, the children are in the care of Clay's parents, Shirley and Rupert Roueche. We have all worked very hard to keep the children safe and raise them in a caring environment. However, it is done with great difficulty with Ith's presence and Clay's absence.

Clay and I began to build a life together, with the children as the centre of that life. We were dedicated to Chanel, Chaylin and Claudia's well being and actively enrolled

them in activities and programs that would aid in the healthy development of their individual selves.

It was equally important that the children were eased into this new family life that Clay and I were trying to create. One of the family building events that we participated in was a family art class. There, Clay and I and the children spent over 6 weeks creating group art projects, and thus, relying on each other to create a work of art together in order to complete the art piece.

While there are too many wonderful family moments to list in just one letter, there are several other key moments that I feel illustrate the type of father Clay is to his children. Chaylin had become a very withdrawn child due to the mental and emotional abuse inflicted by her mother. Clay and I put them in many different weekend courses to keep them busy. The process of learning new skills resulted in a new sense of pride that the girls, especially Chaylin, could hang on to. This sense of pride would counter act the negative influence that their mother would have on them. After Clay would drop Chanel off at her acting classes, Chaylin and Clay would have lunch together so they could have some one-on-one time, where she could talk about how she was feeling and what she was afraid of with her father. Clay would always be the one picking them up, promptly, with a smile and kind words to make their day.

The holidays were always a time to which Clay felt the need to give the children special attention. The memories of better times surely haunted the children and Clay felt very strongly that we celebrate these moments as a cohesive group. As such, we spend many of the holidays with his parents. One such celebration was Halloween. I had convinced Clay to dress up as Zorro. We had spent the whole day walking around the city in costume and the children were so excited to have the adults participate in such fun activities. When Clay surprised his mother, Shirley Roueche, by showing up at the house in his costume, the children enthusiastically introduced him to her. The excitement in their eyes and the smiles on their faces was tangible evidence of their love for their father and how much he means to them.

I implore the court to take my testimony into account when making their judgment on Clay Roueche. The media and the police authorities will have little to say about Clay as a father, a son, a friend, and a partner. Clay is a kind man, a wonderful and dedicated father, a dutiful son and a loyal and loving partner. Furthermore, due to his ex wife's condition, I beseech the court to be lenient on their sentence on Clay and request that he be placed in a penitentiary institution that is relatively close to the children so that it would be easier for them to visit him.

Sincerely,

Pamela Lee

**WOODWRIGHT CONSTRUCTION**

September 28, 2009

7084 Eden Drive, Chilliwack, BC. V2R 1E6     604 703-3431

To Whom It May Concern:

This is a letter of reference for Clay Roueche someone I have been proud of my whole life.

As Clay's brother (nearly 10 years older) I watched with pride (as did my parents) as Clay grew into a positive youth amongst his peers.

In adulthood, Clay has been a generous, honorable, and respectful person often going out of his way to help friends and family. To this day my wife still tells the anecdote of my brother kindness towards her when we were first married.

In parenthood is where my brother qualities and character shine the most. His children (3 daughters) and my children (2 boys) are of similar age. There has not been a birthday or and holiday that the children have not been the focus of the celebrations. The children always came first.

As a brother Clay has my respect as a person who always keeps his word, is completely trust worthy and generous with his time. In short, because of Clay's character and qualities as a person he has become the leader of our family and is greatly missed by me and everyone else in our family.

In conclusion I would hope this picture of Clay as he is known to family can be realized here, rather than the one sided image the media has given him.

Sincerely

Troy Roueche

Hi I want Daddy to come out because we had lots of fun together. we went to harrison hot spring and went on a boat together we also went to Disneyland together we had most of the fun together. We even made a song for him my song goes like this I miss my daddy my daddy bear when I'm not looking he goes some were he mite go to ching he mite go to africa where I miss him

I love DAddy



Love Chay Roueche

hI I want you to come home because we had fun and I mis you vey much

HSM

Chumroueche I Love you Chanel



To the U.S. District Chief Judge Robert Lasmik
or to whomever is seized of this matter in his place:

I have been asked to write a character reference for Clay Roueche of Chilliwack River Valley B.C., Canada. Giving this matter much thought, I can advise as follows.

I have been a longtime friend, neighbour, business mentor and perhaps a positive role model to Clay Roueche, being ten years Clay's senior, I saw him grow up. We graduated from the same high school ten years apart, and I thought we had the same goals, dreams, and outward respect for all persons and the laws of the land.

I was raised among the First Nations people, including living on the reserve and taking part in family businesses. Therefore, as a red haired Caucasian, I have always admired how Clay embraced other cultures and put racial and religious differences aside. I didn't consider him to be a thief, liar or a predator.

Unfortunately, I have not been in contact with Clay for about four years. This dates from the time his best buddy Evan died unnaturally. I am sure that Clay was, and is, full of regrets about his friend's passing.

I must also say that the behaviour that brought Clay before the court is totally out of his regular behaviour and character.

I am the father of three children, married, longtime resident and Chilliwack local business owner of 17 years. I am a Master Mason and I have a senior position in the Lodge.

I request that you consider my character reference for Clay Roueche in a positive light, and I thank you for the opportunity to help him. Clay's recent behaviour is out of character.

Yours sincerely,

Greg Coates
45650 Lark Road
Chilliwack, BC
V2R 3N7 Canada


## Donald B. Miller
Certified Management Accountant

August 17, 2009

To Whom It May Concern:

I have known Clay Roueche personally since 1996, the last ten years as a personal client.

In all these years, Mr. Roueche has always acted in a respectful, honest, forthright and friendly manner in our dealings, as well as a devoted father to his children.

I have always felt comfortable in Mr. Roueche's presence.

I pride myself as a good judge of character, and I must say I was shocked to the point of incredulous when I heard of the charges brought against Mr. Roueche.

In conclusion, I can only surmise that in Mr. Roueche, someone found an easy mark to take the fall.


Yours truly,

*[signature]*

Donald B. Miller, B.Comm., CMA


7103 Vedder Road, Chilliwack, BC (V2R 4E3)  Tel 604.858.9770  Fax 604.858.8494
www.donaldbmillercma.com

CMA  Member, the Society of Management Accountants of British Columbia

# Pumptown
# QUARRY INC.

August 12, 2009

Dear Sirs;

This is a reference for Clay Franklin Roueche, I, Patrick McSweeney, have been a supervisor for Pumptown Quarry for the past five years. Our location at 40517 Quadling Road of Abbotsford, B.C. Is near the family home and business of Rupert and Shirley and son Clay Roueche.

Pumptown Quarry Inc. is a busy operation with a vast amount of heavy equipment, including rock crushers, rock drills, rock screener s and haul trucks. On many occasions our business has used Roueche enterprises ltd. For repairs on our equipment due to high impact of the rock breaking industry.

Always on time and prepared to work until the repair is completed. Clay Roueche is an extremely hard worker and has the capabilities of that of a class 1 welder. His mechanical qualities are the same. His work ethics have been sorely missed. Pumptown Quarry would hire Clay full-time for good workers with his qualities and capabilities are hard to find.

Sincerely,
Patrick McSweeney
Supervisor
Pumptown Quarry
Pan pacific aggregates
PH 604 807 2924

*Patrick McS*

**PUMPTOWN Quarry Inc.**

Site Info:
Just off Number 3 Road Exit
East on North Parallel to
Quadling Road

Office Address: #260 - 2655 Clearbrook Road
Abbotsford, BC  V2T 2Y6
Phone: 604-850-2258
Fax: 604-850-7998

- Priced Right
- In Spec
- On Time

**Patrick McSweeney**
Superintendant

Cell: 604-807-2924
Email: d8pat@hotmail.com



**Patrick McSweeney**
Superintendant

Cell: 604-807-2924
Email: d8pat@hotmail.com

Pan Pacific Aggregates Ltd
Office Address: #260 - 2655 Clearbrook Road
Abbotsford, BC  V2T 2Y6
Phone: 604-850-2258
Fax: 604-850-7998

To whom it may concern:

I have known Clay Roueche and Family since the late Eighties. Finer people I have never known.

Clay is above reproach when it comes to his Family and Friends, honest and loyal to a fault. That didn't help him one bit in the eyes of the law.

The Canadian Police insinuated Clays Parents were a front for the U.N. Gang and all their money came from the proceeds of crime and that's the way the US Prosecutors looked at it. More wrong they couldn't be.

Clay's Parents had to hire a US Lawyer, who took their last ten years of Bank Statements and Company Data and proved to the American Courts, their money came from legitimate sources, something the Canadian Police could have verified very easily. Finally, they were able to hire a good Defense Lawyer for Clay – a simple thing that was made very difficult by the Authorities.

Meanwhile, Clay's Wife became mentally ill – spends most of her time in and out of hospitals.

Clay's Parents had to take custody of the children. Fortunately, the Spouse's Family is a great help but it's a big task. They're both in their late Sixties.

If I hadn't seen this performance with my own eyes, I wouldn't have believed it. This is one Family that deserves a break and Children that need a stable Parent...and love those kids, Clay does.

Clay isn't the villain that the Media and the Law portray him to be, through informants and here-say.....Not the Guy I've known all these years.

I spent almost fifteen years in the Military and I take pride in my ability to pick character people and the Roueche's are that.


Max Budge

Donald G. Greentree.
46729 B. Fraser Ave.
Chilliwack B.C.
V2P 7Z3

To whom it concerns -

This letter is to confirm I have known Clay Roueche for many years. I have known him since a boy. He has fished - hunted and worked with me. He is a hard worker and a good father. I knew his father and his family. and his children.

They all miss him and hope for a speedy resolve to his problems. as his girls and family miss him. and need him at home.

I would stand for Clay as a character reference in business and as a person of good morals.

Dated -
Sept 15/2009

Thank you -
D. Greentree

To whom it my concern:

We have known Rip & Shirley Roueche, long before Clay was born. They were very hard workers, struggling hard to make a living. They bought some old equipment for cutting hay and baling it, which they did very well at. Rip managed to buy an old pickup truck, thats when he started his business of crushing junk cars and scrap. Clay was three years old when he rode with mom & dad as they delivered the scrap cars.

He grew up all his life, learning and knowing hard work. Clay was always a wonderful, polite boy. He graduated from school and was always very sports minded. He went to work at Coast appliances as manager, and did very well in all his endeavors. He was so young and vulnerable, he must have been approached by somebody offering more money and a better life style. This could happen to anyone.

He's been the best, the most respectful and loving son to his parents and a wonderful father to his children, and they all miss him very, very much as we all do.

Yours Truly,
Bill Martin
Carol Martin

August 15, 2009

To Whom it may concern:

Ref: Character Letter for Clay Roueche

I, Hartley Hawes of Chilliwack, British Columbia, write this letter of character in support of Mr. Roueche,
during the period of his younger years in which time I was very close friends with him and his Mother and Father. I still remain friends with them today.

Mr. Roueche, to my knowledge, was always a very good son that had a close knit relationship with his family. He was very loyal and attentive in all respects. He was also always the same to myself and my family, as well as many of our mutual friends. Clay possessed excellent interpersonal skills which made him stand apart from many of his peers.

Mr. Roueche was very dependable and always portrayed the positive view rather than the negative. His dress and deportment was above reproach, and he was loyal to his parents and associates alike, as well as friendly with the young and old.

I have known Clay Roueche for all of his lifetime and this includes many days and hours of traveling around with me; hunting and fishing and helping me with many projects and general chores. I found him to be very ambitious, a leader, business minded, loaded with initiative and trustworthy.

Most of the time I have known Mr. Roueche was during his younger years. These years were very enjoyable and certainly an appreciated friendship with this person, as well as an experience that I still value to this day.

Very Sincerely,

Hartley Hawes C.D.
Re'td Cdn Forces