# APPENDIX B

**COMPARABLE MAJOR DRUG CASES IN THIS DISTRICT**
**SINCE *UNITED STATES V. BOOKER***

| Defendant | Sentence (in years) | Drugs Involved | Criminal History | Aggravating Factors |
|---|---|---|---|---|
| Robert Shannon | 20 | Marijuana; Cocaine | None Counted | Scope and Sophistication |
| Robert Kesling | 17 | Marijuana; Cocaine | None Counted | Possession of a Firearm; Obstruction; Scope and Sophistication |
| Darryl Shears | 15 2/3 | Cocaine | Five Prior Drug Felonies | Use of a Minor to transport Cocaine; Obstruction While at FDC |
| David Mendoza | 14 | Marijuana | Two Prior Drug Felonies | Scope and Sophistication; Absconded to Spain |
| Kyle Gianis | 13 | Ephedrine | Prior Drug, Weapons, and Assault Convictions | Obstruction |
| Charles Lai | 12 | Cocaine | None Counted | Scope and Sophistication; Possession of Firearms |